**U.S. Department of Justice**      **PROCESS RECEIPT AND RETURN**
**United States Marshals Service**      *See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** D.A.N. Joint Venture III, L.P. | **COURT CASE NUMBER** 19-cv-19814-JHR-JS |
| **DEFENDANT** New Greenways, LLC | **TYPE OF PROCESS** Writ of Execution |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: New Greenways LLC- vacant property, Lots 58, 63 and 68.24 in Block 201 on tax map of Township of Franklin
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Pennsylvania Avenue and Morningside Avenue, Township of Franklin, County of Gloucester, New Jersey

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Schumann Hanlon Margulies LLC
David K. DeLonge, Esq.
30 Montgomery Street, Suite 990, Jersey City, NJ 07302

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Post Writ of Execution at the vacant property in foreclosure, at Pennsylvania Avenue and Morningside Avenue, Township of Franklin, County of Gloucester, NJ described in Exhibit A and give notice provided to attorney for New Greenways LCC

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 201 451-1400
DATE: January 13, 2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 50
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk
Date

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 3/4/21  Time: 1030 ☒ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ 1.00 | $ 33.60 | | 63.60 | | |

REMARKS

Copy Clerks Office

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE     Form USM-285 Rev. 11/18