# S<small>CHUMANN</small> H<small>ANLON</small>
# M<small>ARGULIES</small> LLC  A<small>TTORNEYS</small> A<small>T</small> L<small>AW</small>
founded in 1850 as Scudder & Gilchrist

FREDERIC W. SCHUMANN
(1908 - 1983)
PAUL M. HANLON
(1934 - 2005)

**DAVID K. DELONGE**
dkdelonge@shdlaw.com

30 M<small>ONTGOMERY</small> S<small>TREET</small>
S<small>UITE</small> 990
J<small>ERSEY</small> C<small>ITY</small>, N<small>EW</small> J<small>ERSEY</small>  07302
(201) 451-1400 (PHONE)
(201)432-3103 (FAX)

<u>VIA E-FILING</u>

October 8, 2021

Honorable Joseph H. Rodriguez
U.S. District Court
U.S. Courthouse, Room 6060
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

Re:   D.A.N. Joint Venture III, L.P. v. New Greenways LLC
      Civil No. 1:19–cv-19814-JHR-JS
      Motion to Direct Marshal to Pay additional Sums
      September 20, 2021 Return Date

Dear Judge Rodriguez:

    On behalf of plaintiff the above referenced matter we filed an Amended Motion to Alter Judgment to direct the Marshal to pay additional sums on August 27, 2021. The Court set the motion for September 20, 2021 on the papers. Courtesy copies were forwarded to the Court. No opposition has been filed.

    We are respectfully inquiring as to the status of the motion.

    Thank you for your attention to and consideration of this request.

Respectfully yours,

/s/David K. Delonge

David K.  DeLonge

Dkd/s
Encl.
cc:  Marcus Corwin, Esq.
     Robert Lohr, Esq.