# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.A.N. VENTURE III, L.P. <br><br> Plaintiff, <br><br> vs. <br><br> NEW GREENWAYS LLC; PHILLIP L. POTTS; ROGER J. BENNETT; STEVEN L. SHOCKETT; BRYAN H. POTTS; and THE STATE OF NEW JERSEY, <br><br> Defendants. | Civil Action No: 19-cv-19814-JHR-JS <br><br><br> ORDER |

**AND NOW**, upon consideration of Plaintiff's Amended Motion to Alter Judgment [Dkt. 38], the Court hereby **ORDERS** the following:

1. The $946,976.83 Judgment in Foreclosure due to Plaintiffs is amended to $1,533,407.91; and

2. The US Marshall shall proceed with the foreclosure sale of the subject property and, after collecting the fees and costs of administering that sale, shall and pay to Plaintiff the remaining proceeds of the sale.

**SO ORDERED.**

October 19, 2021

_Joseph H. Rodriguez_
UNITED STATES DISTRICT JUDGE