U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| D.A.N. Joint Venture III, L.P. | 1:19CV-19814 JHR-JS (#5) |
| DEFENDANT | TYPE OF PROCESS |
| New Greenways, LLC, et al | Sales |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
New Green Ways, LLC, vacant property Lot 58, 63 and 68.24 in Block 201-Township of Franklin
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Pennsylvania Avenue and Morningside Avenue Township of Franklin, County of Gloucester, New Jersey

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Schumann Hanlon Margulies LLC
David K. DeLonge Esq.
30 Montgomery Street, Suite 990
Jersey City, NJ 07302

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

U.S. Marshals Service Sale:
Place:      Old Court House – Ceremonial Courtroom # 201
Location:   1 N. Broad St. Woodbury, NJ 08096
Date & Time: June 8th at 2:00 PM.
Look for Posting in Star Ledger every Wednesday May 4, 11, 18 and May 25, 2022

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 5
District of Origin No.: 50
District to Serve No.: A50
Signature of Authorized USMS Deputy or Clerk
Date: 5-6-2022

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): United States Auction
Date: 6/8/22   Time: 140 ☒ pm

Address (complete only different than shown above): 1 North Broad Street, Woodbury NJ, 08006

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: Auction (RN) Total Charges $141.50

Form USM-285
Rev. 03/21