IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| D.A.N. JOINT VENTURE III, L.P.,<br><br>Plaintiff,<br>v.<br><br>NEW GREENWAYS LLC, ET AL.,<br>Defendants. | CASE NO.: 1:19 cv 19814<br><br>ORDER CONFIRMING THE SALE OF PROPERTY COMMONLY KNOWN AS PENNSYLVANIA AND MORNINGSIDE AVENUE<br>LOTS 38, 63, AND 68.24, BLOCK 1401<br>TOWNSHIP OF FRANKLIN, COUNTY OF GLOUCESTER, N.J. |

THIS MATTER having been opened to the Court by Plaintiff, D.A.N. Joint Venture III, L.P., by and through its attorneys, Schumann Hanlon Margulies, LLC, on Notice of Motion for Entry of Order Confirming the U.S. Marshal's Sale of real property and cancel improvements that are (in part) the subject of this action; and the Court having reviewed the submissions in connection with this motion; and no objections having been filed (or such objections having been overruled); and due notice having been given; and for good cause shown;

IT IS on this __9th__ day of __September__, 2022

ORDERED that the United States Marshal's public auction sale of the real property and land sale commonly known as Pennsylvania and Morningside Avenue, Lots 28, 63, and 68.24, Block 1401, Township of Franklin, County of Gloucester, New Jersey, together with the personal property and fixtures located therein (collectively, the "Property"), to Plaintiff, D.A.N. Joint Venture III, L. P. for a credit bid in the amount of One Hundred Dollars ($100.00) at the public auction sale conducted by U.S. Marshal on June 8, 2022, pursuant to the Order of this Court entered on November 18, 2020; and it hereby is, approved and confirmed in all respects; and

IT IS FURTHER ORDERED, that the United States Marshal be, and he is hereby, instructed to deliver a deed with respect to the Property following service of a "filed" copy of this Order upon the United States Marshal, and

IT IS FURTHER ORDERED, that the Clerk of the Court close this case.

_____
Hon. Joseph H. Rodriguez, U.S.D.J.